PAPANOE, Appellant, v. AMERICAN SOC. FOR PREVENTION OF CRUELTY TO ANIMALS, Respondent. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Action by Albert Papanoe against the American Society for the Prevention of Cruelty to Animals. No opinion. Judgment and order affirmed, with costs.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Proceedings by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion denied.

PEOPLE, Respondent, v. BOGNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Proceedings by the people of the state of New York against William H. Bogner. No opinion. Judgment of conviction affirmed, and proceedings remitted to the county court pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE v. BOSCHE. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Proceedings by the people of the state of New York against Harry Bosche. No opinion. Motion granted.

PEOPLE, Respondent, v. COOGAN, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York against John Coogar. H. P. Burr, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. GLENNON, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Proceedings by the people of the state of New York against Edward Glennon. I. L. Bamberger, for appellant. H. S. Gans, for the People. No opinion. Order affirmed. See 74 N. Y. Supp. 794.

PEOPLE, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Proceedings by the people of the state of New York against Simon Goldberg. No opinion. Judgment unanimously affirmed.

PEOPLE v. JOHNSON. SAME v. STEIGER. SAME v. BASS. SAME v. ABRAMS. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Proceedings by the people of the state of New York against Mary Johnson, Charles Steiger, Ross Bass, and Julius Abrams. No opinion. Motions to dismiss appeals granted.

PEOPLE v. KELLER. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Proceedings by the people of the state of New York against Charles S. Keller. No opinion. Motion granted.

PEOPLE v. LIEBOWITZ. (Supreme Court, Appellate Division, First Department. Decem-

ber 5, 1902.) Proceedings by the people of the state of New York against Max Liebowitz. No opinion. Appeal dismissed.

PEOPLE, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Robert L. Martin and another were prosecuted for perjury. From an order allowing a demurrer to the indictment, the people appeal. See 76 N. Y. Supp. 953. Howard S. Gans, for the People. Franklin Bien, for respondents.

HATCH, J. The question arising upon this appeal is the same as that disposed of in the case of the People against These Same Defendants (decided herewith) 79 N. Y. Supp. 340. The order and judgment based thereon should, therefore, be reversed, and the defendants directed to plead over. All concur.

PEOPLE v. METROPOLITAN MUT. SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Proceedings by the people of the state of New York against the Metropolitan Mutual Savings & Loan Association. No opinion. Order denying motion to change the place of trial on the ground of convenience of witnesses affirmed, with $10 costs and disbursements.

PEOPLE v. METROPOLITAN MUT. SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Proceedings by the people of the state of New York against the Metropolitan Mutual Savings & Loan Association. No opinion. Order denying motion to change the place of trial on the ground that Albany county is not the proper county affirmed, with $10 costs and disbursements.

PEOPLE v. METROPOLITAN MUT. SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Proceedings by the people of the state of New York against the Metropolitan Mutual Savings & Loan Association. No opinion. Order making permanent receivership affirmed, with $10 costs and disbursements.

PEOPLE v. METROPOLITAN MUT. SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Proceedings by the people of the state of New York against the Metropolitan Mutual Savings & Loan Association. No opinion. Order denying application for allowance affirmed.

PEOPLE v. METROPOLITAN MUT. SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Proceedings by the people of the state of New York against the Metropolitan Mutual Savings & Loan Association. No opinion. Motion denied.

PEOPLE v. PENUTI. (Supreme Court, Appellate Division, First Department. November